

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00692-CV

**COMAL AG OPERATIONS, LLC,**
Appellant

v.

Justin **KELLEY**, Emily Kelley, Valmark Chevrolet, Federated Insurance,
Appellees

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0910-CV-A
Jessica Crawford, Judge Presiding

## O R D E R

After Appellant timely filed a written response indicating Appellant requested and made arrangements to pay for the reporter's record, we set the reporter's record due on November 13, 2017. On the due date, court reporter Lori Schmid filed a notice of late reporter's record and requested an additional ten days to complete the record.

The request is GRANTED. The reporter's record is due on November 27, 2017. *See* TEX. R. APP. P. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court